UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| STEVE BYRON ROBERT | CIVIL ACTION NO. 14-2207 |
|---|---|
| VERSUS | JUDGE ELIZABETH FOOTE |
| TIM KEITH | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of AUGUST, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE